IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TAMMY TWOHIG, AS NEXT FRIEND
AND LEGAL GUARDIAN OF H.M., A MINOR,

     Appellant,

 v.

Case No.  5D21-1604
LT Case No. 2021-DR-23836

ARLENE LOGGIA O/B/O A.B., A MINOR,

     Appellee.

_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Brevard County,
Nancy Maloney, Judge.

Robert Scott Hannan and Ariel
Rojas, of Law Offices of Robert S.
Hannan, P.A., Satellite Beach, for
Appellant.

Elizabeth Siano Harris, of Harris
Appellate Law Office, Mims, for
Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and TRAVER, JJ., concur.